UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| MARY JO BUNDY EVERAGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20-00010-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN STEPHEN WELCH, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously

herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Mary Jo Bundy Everage's claims are **DISMISSED WITH PREJUDICE**;

2. Judgment is **ENTERED** in favor of the Defendants on all the issues raised herein;

3. This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. This is a final and appealable judgment and there is no just cause for delay.

This the 28th day of January, 2020.

Gregory F. Van Tatenhove
United States District Judge